1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL YASUNAGA,

           Petitioner

      v.

LOS ANGELES COUNTY
PROBATION DEPT.,

           Respondent.

Case No. CV 15-4558-BRO (GJS)

JUDGMENT

    Pursuant to the Court's Order:  Summarily Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  June 19, 2015.

_____

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE